

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | | Case No. 2:14 cr 223 |
| Plaintiff, | : | |
| | | Judge GRAHAM |
| vs. | : | |
| | | |
| HENRY C. TIPPETT, JR., (1) | : | 21 U.S.C. § 846 |
| aka "Tipp": | | 21 U.S.C. § 841(a) |
| CHRISTINE E. TIPPETT, (2) | : | 21 U.S.C. § 841(b)(1)(C) |
| aka Christine E. Kowalkowski, | | |
| CODY L. TIPPETT, (3) | : | |
| MICHAEL MITCHELL, (4) | | |
| DENNIS W. ENGLAND, (5) | : | |
| CANDANCE SIX, (6) | | |
| aka Candance S. Artis | : | |
| KEON I. REEVES, (7) | | |
| VALERIE R. EVANS, (8) | : | |
| TIA TIPPETT, (9) | | |
| HERBERT S. RUESCHER, (10) and | : | |
| APRIL M. ROGERS. (11) | | |
| | : | |
| Defendants. | | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>
<u>**Conspiracy to Distribute Schedule II Drugs**</u>
<u>**21 U.S.C. § 846**</u>

1. Beginning on or about January 13, 2010, and continuing to and including March 10,

2011, in the Southern District of Ohio, and elsewhere, the defendants, HENRY C. TIPPETT,

JR., aka "Tipp", CHRISTINE E. TIPPETT, aka Christine E. Kowalkowski, CODY L. TIPPETT,

1

MICHAEL MITCHELL, DENNIS W. ENGLAND, CANDANCE SIX, aka Candance S. Artis, KEON I. REEVES, VALERIE R. EVANS, TIA TIPPETT, HERBERT S. RUESCHER, and APRIL M. ROGERS and others known and unknown to the grand jury, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and with others, to distribute and to possess with the intent to distribute Oxycodone, a Schedule II controlled substance in violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(C).

2. It was part of this conspiracy that the defendants, HENRY C. TIPPETT, JR., CHRISTINE E. TIPPETT, MICHAEL MITCHELL, DENNIS W. ENGLAND, CANDANCE SIX, KEON I. REEVES, VALERIE R. EVANS, TIA TIPPETT, HERBERT S. RUESCHER, and APRIL M. ROGERS , would travel from Ohio to Florida in groups of two or more, stay for several days, visit one or more doctors at "pain clinics" on each visit, and obtain one or more prescriptions for pills containing oxycodone, as well as other pills.

3. It was further part of the conspiracy that the defendants, CHRISTINE E. TIPPETT, MICHAEL MITCHELL, DENNIS W. ENGLAND, CANDANCE SIX, KEON I. REEVES, VALERIE R. EVANS, TIA TIPPETT, HERBERT S. RUESCHER, and APRIL M. ROGERS would each fill his or her prescription for pills containing oxycodone in Florida or other states and participate in returning the pills back to Ohio to the defendant HENRY C. TIPPETT, JR., who had financed the trip, the doctor visits, the hotel, and the cost of the prescriptions, knowing that the defendants HENRY C. TIPPETT, JR., CHRISTINE E. TIPPETT, and CODY L. TIPPETT would distribute and sell the pills containing oxycodone in the central Ohio area.

4. It was further part of the conspiracy that the defendant CHRISTINE E. TIPPETT, would package up some of the pills containing oxycodone from each conspirator and mail them

2

from Florida to central Ohio to her residence or to the family business address.

5. It was further part of the conspiracy that the defendants MICHAEL MITCHELL, DENNIS W. ENGLAND, CANDANCE SIX, KEON I. REEVES, VALERIE R. EVANS, TIA TIPPETT, HERBERT S. RUESCHER, and APRIL M. ROGERS would each receive payment in either cash or pills or both for making the trip to Florida and for giving the pills containing oxycodone to HENRY C. TIPPETT, JR., aka "Tipp". When paid in pills, those pills containing Schedule II drugs were valued at or near street value in the central Ohio area.

All in violation of 21 U.S.C. § 846.

## COUNT TWO
## Possession with Intent to Distribute Schedule II Drugs
## 21 U.S.C. § § 841(a)(1) and 841(b)(1)(C)

On or about March 10, 2011, the defendants HENRY C. TIPPETT, JR., aka "Tipp", CHRISTINE E. TIPPETT, aka Christine E. Kowalkowski, DENNIS W. ENGLAND, CANDANCE SIX, aka Candance S. Artis, and VALERIE R. EVANS, in the Southern District of Ohio, did knowingly, intentionally, and unlawfully possess with the intent to distribute Oxycodone, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
### Possession with Intent to Distribute Schedule II Drugs
### 21 U.S.C. § § 841(a)(1) and 841(b)(1)(C)

On or about December 9, 2010, the defendant CODY L. TIPPETT, in the Southern District of Ohio, did knowingly, intentionally, and unlawfully possess with the intent to distribute Oxycodone, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
### Possession with Intent to Distribute Schedule II Drugs
### 21 U.S.C. § § 841(a)(1) and 841(b)(1)(C)

On or about March 10, 2011, the defendant CODY L. TIPPETT, in the Southern District of Ohio, did knowingly, intentionally, and unlawfully possess with the intent to distribute Oxycodone, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

A True Bill.

s/ _____
Foreperson

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS (0023428)
Columbus Branch Chief

4